Certificate Number: 16339-PAE-DE-039537702

Bankruptcy Case Number: 20-12017



16339-PAE-DE-039537702

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 9, 2025,</u> at <u>5:48</u> o'clock <u>PM EDT</u>, <u>Roosevelt Crapps</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 9, 2025</u>              By:      <u>/s/Kelley Tipton</u>

                                                        Name:   <u>Kelley Tipton</u>

                                                        Title:    <u>Certified Financial Counselor</u>