**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    ROOSEVELT CRAPPS JR<br><br>    **Debtor** | Chapter 13<br><br>Case No.20-12017-DJB |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

Date: May 21, 2025        By:    */s/ Kenneth E. West*
                                         Kenneth E. West, Esquire, Chapter 13 Trustee
                                         190 N. Independence Mall West
                                         Suite 701
                                         Philadelphia, PA  19106
                                         (215) 627-1377 (Phone)