**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROOSEVELT CRAPPS JR<br><br>**Debtor** | CHAPTER 13<br><br>BANKRUPTCY NO.  20-12017-DJB |

**CERTIFICATE OF SERVICE**

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

   ROOSEVELT CRAPPS JR
   1383 PENNINGTON ROAD
   PHILADELPHIA, PA  19151

B. and by electronic service only:

Creditor

   FIRSTRUST BANK
   CENLAR FSB
   425 PHILLIPS BOULEVARD
   EWING, NJ  08618

Debtor's Attorney

   CIBIK LAW, P.C.
   MICHAEL A. CIBIK, ESQ.
   1500 WALNUT STREET
   SUITE 900
   PHILADELPHIA, PA  19102

Dated: 5/21/2025

/s/ Kenneth E. West
Kenneth E. West, Esquire
Chapter 13 Standing Trustee