United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12017-djb |
| Roosevelt Crapps, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 22, 2025 | Form ID: 138OBJ | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roosevelt Crapps, Jr., 1383 Pennington Road, Philadelphia, PA 19151-2839 |
| 14499205 | + | Firstrust Bank, c/o ANN E. SWARTZ, McCabe, Wesberg & Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 14494663 | + | Firstrust Bank, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14494668 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14494670 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 23 2025 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2025 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14494646 | + | Email/PDF: bncnotices@becket-lee.com | May 23 2025 00:42:45 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14494647 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 23 2025 00:32:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14511857 | | Email/Text: BKelectronicnotices@cenlar.com | May 23 2025 00:32:00 | Cenlar FSB, Attention: BK Department, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14498451 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 23 2025 00:32:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 14494673 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 23 2025 00:32:00 | RBS Citizens Cc, 1 Citizens Dr., MS: ROP 15B, Riverside, RI 02915 |
| 14494653 | | Email/Text: megan.harper@phila.gov | May 23 2025 00:33:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14494654 | | Email/Text: megan.harper@phila.gov | May 23 2025 00:33:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14525394 | | Email/Text: megan.harper@phila.gov | May 23 2025 00:33:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14494648 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 23 2025 00:43:18 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14501979 | + | Email/PDF: ebn_ais@aisinfo.com | May 23 2025 00:31:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14502797 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 20-12017-djb    Doc 75    Filed 05/24/25    Entered 05/25/25 00:40:30    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 138OBJ | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | May 23 2025 00:42:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14494649 | + | Email/Text: ecf@ccpclaw.com | | |
| | | | May 23 2025 00:32:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14494651 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 23 2025 00:44:53 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14494652 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 23 2025 00:45:40 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14511524 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 23 2025 00:45:24 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14494655 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | May 23 2025 00:33:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14494656 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | May 23 2025 00:33:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14494660 | | Email/Text: mrdiscen@discover.com | | |
| | | | May 23 2025 00:32:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14494658 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 23 2025 00:44:20 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14494657 | + | Email/Text: loans@forgecu.org | | |
| | | | May 23 2025 00:33:00 | Delco Postal, 1410 Bywood Ave 2n, Upper Darby, PA 19082-3720 |
| 14511525 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 23 2025 00:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14494659 | + | Email/Text: bankruptcy@hgv.com | | |
| | | | May 23 2025 00:32:00 | Diamond Resorts Financial Services, Attn: Bankruptcy, 10600 W Charleston Blvd, Las Vegas, NV 89135-1260 |
| 14497593 | | Email/Text: mrdiscen@discover.com | | |
| | | | May 23 2025 00:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14494661 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | May 23 2025 00:32:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14494662 | ^ | MEBN | | |
| | | | May 23 2025 00:28:00 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14494664 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | May 23 2025 00:32:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14494665 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | May 23 2025 00:45:11 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14494666 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | May 23 2025 00:32:00 | Nissan Motor Acceptance, P.O. Box 660366, Dallas, TX 75266-0366 |
| 14494667 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | May 23 2025 00:32:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 14508005 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | May 23 2025 00:32:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 14510244 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 23 2025 00:31:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14494669 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | May 23 2025 00:33:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14494671 | + | Email/Text: bankruptcy1@pffcu.org | | |
| | | | May 23 2025 00:32:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14499065 | + | Email/Text: bankruptcy1@pffcu.org | | |
| | | | May 23 2025 00:32:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 138OBJ | Total Noticed: 53 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14512015 | | Email/Text: bnc-quantum@quantum3group.com | May 23 2025 00:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14494672 | ^ | MEBN | May 23 2025 00:28:00 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 130, Liverpool, NY 13088-0130 |
| 14960004 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2025 00:31:18 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14494674 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2025 00:45:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14494675 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2025 00:31:43 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14494676 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2025 00:45:45 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14508747 | + | Email/Text: bncmail@w-legal.com | May 23 2025 00:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14500232 | + | Email/Text: tdebn@credbankserv.com | May 23 2025 00:32:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14494678 | | Email/Text: DASPUBREC@transunion.com | May 23 2025 00:32:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14494677 | + | Email/Text: bncmail@w-legal.com | May 23 2025 00:32:00 | Target, Attn: Bankruptcy, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14494679 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 23 2025 00:44:52 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |
| 14511415 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 23 2025 00:44:24 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14494650 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 138OBJ | Total Noticed: 53 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Firstrust Bank nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor Firstrust Bank ecfmail@mwc-law.com  mcohen@mwc-law.com |
| MICHAEL A. CIBIK | on behalf of Debtor Roosevelt Crapps  Jr. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)–doc 74 – 72

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Roosevelt Crapps Jr.  
                            Case No. 20−12017−djb

Debtor(s).                        Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      Eastern District of Pennsylvania  
      900 Market Street  
      Suite 400  
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 22, 2025                                        For The Court

                                                          Timothy B. McGrath  
                                                          Clerk of Court